**No. 11M60. Tessera, Inc., Petitioner v. International Trade Commission, et al.**

565 U.S. 1176, 132 S. Ct. 1160, 181 L. Ed. 2d 1015, 2012 U.S. LEXIS 930.

January 23, 2012. Motion for leave to file a petition for writ of certiorari under seal with redacted copies for the public record granted.

**No. 11M61. Amy Kathleen Smith, et vir, Petitioners v. ABN AMRO Mortgage Group, Inc., et al.**

565 U.S. 1176, 132 S. Ct. 1160, 181 L. Ed. 2d 1015, 2012 U.S. LEXIS 958.

January 23, 2012. Motion for leave to file a petition for writ of certiorari under seal with redacted copies for the public record granted.

Same case below, 434 Fed. Appx. 454.

**No. 11M62. George Cornelius Day, Petitioner v. United States.**

565 U.S. 1176, 132 S. Ct. 1161, 181 L. Ed. 2d 1015, 2012 U.S. LEXIS 948.

January 23, 2012. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 425 Fed. Appx. 237.

**No. 10-1042. Tammy Foret Freeman, et vir, Petitioners v. Quicken Loans, Inc.**

565 U.S. 1176, 132 S. Ct. 1161, 181 L. Ed. 2d 1015, 2012 U.S. LEXIS 1013.

January 23, 2012. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

**No. 11-199. Alexander Vasquez, Petitioner v. United States.**

565 U.S. 1176, 132 S. Ct. 1161, 181 L. Ed. 2d 1015, 2012 U.S. LEXIS 928.

January 23, 2012. Motion of petitioner for leave to proceed further herein in forma pauperis granted.

Same case below, 635 F.3d 889.

**No. 11-393. National Federation of Independent Business, et al., Petitioners v. Kathleen Sebelius, Secretary of Health and Human Services, et al.**

**No. 11-400. Florida, et al., Petitioners v. Department of Health and Human Services, et al.**

565 U.S. 1176, 132 S. Ct. 1161, 181 L. Ed. 2d 1015, 2012 U.S. LEXIS 981.

January 23, 2012. Motion of Freedom Watch for leave to participate in oral argument as amicus curiae and for divided argument denied. Justice Kagan took no part in the consideration or decision of this motion.